**JS-6**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNIE BRANCH**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>**PROGRESSIVE MANAGEMENT SYSTEMS**,<br><br>        Defendant. | Case No.:  2:20-cv-2677-CJC-MAA<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**HON. CORMAC J. CARNEY** |

    Based upon the Joint Stipulation for Dismissal, and good cause, this Court hereby orders the action, to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: May 21, 2020

    _____
    **HON. CORMAC J. CARNEY**
    UNITED STATES DISTRICT JUDGE